FIRST WISCONSIN NATIONAL BANK OF MILWAUKEE, Respondent, vs. BONN and wife, Appellants.

For the appellants: *Brennan & Brennan* of Milwaukee, attorneys, and *Homer J. Williams* of Waukesha of counsel.

For the respondent: *Wood, Warner & Tyrrell* of Milwaukee.

*By the Court.*—Judgment affirmed.